TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK SHARKOZY, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>TERRA-GEN OPERATING COMPANY, INC., a Domestic Corporation; TERRA-GEN POWER. LLC; a Foreign Corporation; BEOWAWE POWER, LLC, a Domestic Corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO: 2:16-cv-00600-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND EXTENSION FOR DEFENDANT TO REPLY** |

   COMES NOW, Plaintiff, MARK SHARKOZY, (hereinafter, "Plaintiff"), by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, above-captioned, by and through their counsel the law firm of Bowen Hall, and record and do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendants' Motion [ECF No. 12] and the time for Defendant's Reply to Plaintiff's Response.  Accordingly, Plaintiff shall have up to and including September 16, 2016 to respond to Defendant's Motion and Defendants are granted an extension to file the reply brief of an additional seven (7) days.  The reason that the extension is requested is due to Plaintiff's counsel having been out of his office and ill during the briefing period.

///

Accordingly, Plaintiff shall have up to and including September 16, 2016 to respond to Defendants' Motion [ECF No. 12] and Defendants are granted an extension to file the reply brief of an additional seven (7) days.

Dated: September 9, 2016.                           Dated: September 9, 2016

HATFIELD & ASSOCIATES, LTD.              BOWEN HALL

/s/ Trevor J. Hatfield                              /s/ Dan C. Bowen
_____        _____
Trevor J. Hatfield, Esq.                            Dan C. Bowen, Esq.
Nevada Bar No. 7373                                 Nevada Bar. No. 15555
703 S. Eighth St.                                   555 S. Center St.
Las Vegas, NV 89101                                 Reno, NV 89501
(702) 388-4469 Tel.                                 (775) 323-2460 Tel.
(702) 386-9825 Fax                                  (775) 786-6631 Fax.
Email: thatfield@hatfieldlawassociates.com          Email: ahall@bowenhall.com
Attorneys for Plaintiff                             *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 13th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

Dated September 9, 2016.
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2