1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
   (702) 388-4469 Tel.
4  (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

7
                    **UNITED STATES DISTRICT COURT**
8
                          **DISTRICT OF NEVADA**
9

10 MARK SHARKOZY, an individual,           CASE NO: 2:16-cv-00600-JAD-GWF
11           Plaintiff,
                                           STIPULATION AND ORDER
12     vs.                                 VACATING HEARING ON MOTION
                                           TO DISMISS AND TRANSFERRING
13 TERRA-GEN OPERATING COMPANY, INC., a    CASE TO THE UNOFFICIAL
   Domestic Corporation; TERRA-GEN POWER.  NORTHERN DISTRICT
14 LLC; a Foreign Corporation; BEOWAWE
   POWER, LLC, a Domestic Corporation; DOES I
15 through X, inclusive; ROE CORPORATIONS I  ECF No. 20
   through X, inclusive,
16
             Defendants.
17

18       COMES NOW, Plaintiff, MARK SHARKOZY, (hereinafter, "Plaintiff"), by and through his

19 counsel, the law firm of Hatfield & Associates, Ltd., and Defendants, above-captioned, by and

20 through their counsel the law firm of Bowen Hall, and record and do hereby stipulate and agree to

21 vacate the hearing scheduled on October 17, 2016 on Defendants' Motion [ECF No. 12] and request

22 that the Motion be considered in Chambers on the papers submitted, or in the alternative continue

23 the hearing at the Court's discretion.

24       The basis for the request is that Defendants' counsel resides in Reno, Nevada and Plaintiff's

25 counsel is conflicted on the date of the hearing, October 17, 2016.  In addition, the parties' counsel

26

27 ///

28 ///

                                             1

held a Rule 26(f) Early Case Conference on October 6, 2016, and have agreed that the case should be transferred to the Northern District.

Dated: October 7, 2016.                                Dated: October 7, 2016

HATFIELD & ASSOCIATES, LTD.                            BOWEN HALL

/s/ Trevor J. Hatfield                                 /s/ Dan C. Bowen
_____                      _____
Trevor J. Hatfield, Esq.                               Dan C. Bowen, Esq.
Nevada Bar No. 7373                                    Nevada Bar. No. 1557
703 S. Eighth St.                                      Ann O. Hall, Esq.
Las Vegas, NV 89101                                    Nevada Bar No. 5447
(702) 388-4469 Tel.                                    555 S. Center St.
(702) 386-9825 Fax                                     Reno, NV 89501
Email: thatfield@hatfieldlawassociates.com             (775) 323-2460 Tel.
Attorneys for Plaintiff                                (775) 786-6631 Fax.
                                                       Email: ahall@bowenhall.com
                                                       *Attorneys for Defendants*

### ORDER

Based on the parties' stipulation [20] and good cause appearing, IT IS HEREBY ORDERED that this case is returned to the CLERK OF COURT for random REASSIGNMENT to a district and magistrate judge in the unofficial Northern District. All scheduled hearings are hereby VACATED.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

Dated October 7, 2016.
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on the October 7, 2016, I electronically filed the foregoing STIPULATION AND ORDER TO VACATE OCTOBER 17, 2016 HEARING ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION TO TRANSFER TO THE NORTHERN DISTRICT with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this October 7, 2016.     **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*